DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS JAMES MCNULTY,**
Appellant,

v.

**ROSE OLIVO, ANTHONY OLIVO,** and **RENE COLEY,** as Agent of
**ATLANTIC SHORE REALTY EXECUTIVES, LLC,** d/b/a **ATLANTIC
SHORE REALTY EXPERTISE,**
Appellees.

No. 4D21-2828

[July 21, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562021CA000751.

Thomas James McNulty, Florida City, pro se.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***